# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158220

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

STEDMANN DEONTRELLE SKINNER,
          Defendant-Appellant.

SC:  158220
COA:  343906
Genesee CC:  17-041395-FH

_____/

By order of March 27, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the June 29, 2018 order of the Court of Appeals.  On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted, and DIRECT that court to decide the case on an expedited basis.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



Clerk

s0605